UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Eastern Division                                    Case No. _____

|  |  |
|---|---|
| ROBERT LIGHTBODY,<br>    Plaintiff, | )<br>)<br>) |
|  | ) |
| vs. | ) |
|  | ) |
| MILTON ACADEMY,<br>    Defendant. | )<br>)<br>) |

## Complaint and Demand for Jury Trial

### INTRODUCTION

Plaintiff Robert Lightbody ("Plaintiff" or "Mr. Lightbody") brings claims for race discrimination and retaliation in violation of 42 U.S.C. § 1981, Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., and M.G.L. c. 151B §§ 4(4) & 4(4A).  Mr. Lightbody's claims arise out of acts of his former employer, Defendant Milton Academy, where he was subject to racial harassment and race discrimination and was terminated after he complained about race discrimination and harassment.

### PARTIES

1.      Plaintiff Robert Lightbody is an adult resident of the Commonwealth of Massachusetts, who resides at 151 Kittredge Street, Boston, Suffolk County, MA 02131.

2.      Defendant Milton Academy is a private independent school located at 170 Centre Street, Milton, Norfolk County, MA 02186.

## JURISDICTION

3.     Plaintiff timely filed his claims with the Massachusetts Commission Against Discrimination ("MCAD") and the Equal Employment Opportunity Commission ("EEOC").  Plaintiff removed his claims from the MCAD and received a right to sue letter from the EEOC to file his claims in Federal Court.

4.     This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 based on a federal question over the claims raised under 42 U.S.C. § 1981 and 42 U.S.C. § 2000e et seq. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over the claims raised under M.G.L. c. 151B.

## FACTUAL ALLEGATIONS

5.     Mr. Lightbody is a black man.  His family comes from Jamaica.

6.     Mr. Lightbody was employed by Milton Academy as the K-8 Director of Multiculturalism and Community Development from July 1, 2014 until June 30, 2017. When he arrived at Milton, Mr. Lightbody was the only black male among the K-8 faculty and staff until 2016 when the Lower School hired a black male music teacher.

7.     Prior to being hired by Milton Academy, Mr. Lightbody had a background as a multicultural community organizer, as an educator in multicultural schools, and as a coach and consultant working with both individuals and institutions.  Mr. Lightbody had extensive teaching experience as well as experience bridging and building communities. He also had been a mentor and life-coach to several young people of color from school age to working professionals.  Mr. Lightbody believed that all this experience would serve him well as the K-8 Director of Multiculturalism and Community Development at Milton.

2

8. As K-8 Director of Multiculturalism and Community Development, Mr. Lightbody's job responsibilities included to develop and direct diversity and multicultural programs within the K-8 division; develop and implement an ongoing professional development model for all K-8 faculty to enhance and sustain cultural competency; develop and implement a goal-oriented, articulated K-8 multicultural scope and sequence within the K-8 curriculum; recruit candidates of color for teaching and administrative roles; work with the K-12 Director of Multiculturalism and Community Development to build an outreach network to maximize the school's awareness of diverse candidates; promote diversity opportunities within the Academy; work with the admissions office to recruit diverse students and families; serve as an early reference point for K-8 students, parents and faculty who wished to initiate programs of an inclusive nature and develop and sustain such programs in support of community needs; and support identity-based groups, including a Middle School students of color affinity group, culture discussions groups in the Lower School, and a Middle School white student anti-racism group.

9. When Mr. Lightbody first arrived at Milton, he made a point of meeting individually with each staff and faculty member to learn about them as a person, their roles, and their expectations for his position.  Mr. Lightbody also shared his views and perspectives on diversity, inclusion, and multiculturalism.  Mr. Lightbody shared that the focus of his work is based on identity; particularly examining one's self, looking at others, and then looking at all of us as a community.  Mr. Lightbody recognized that his identity focus was different than the current view of the school around multiculturalism and diversity work which was centered around an anti-bias framework.  Mr. Lightbody's view was to

focus around the development of identities, and not only identities based on race, but to make room for a more inclusive approach to multiculturalism.

10.   In September and October 2014, Mr. Lightbody also spent many hours observing in the classroom as well as observing students activities outside the classroom.  Mr. Lightbody noticed that there were some significant gaps with boys of color.  He observed that in particular black boys were not succeeding on the same level as their white counterparts. For example, he noticed that black boys were underperforming academically.  He also looked at where they were sitting in classes, who were the leaders in academic subjects or extracurricular activities and sports.  It was not the black boys.  He also noticed that even though the faculty had received a lot of training in diversity, it had not necessarily translated into changes in their behavior that were consistent with principles of diversity, inclusion, and multicultural teaching practices.

11.   Mr. Lightbody shared his observations with his two supervisors, the K-8 Principal, Marshall Carter, and the Director of Multiculturalism and Community Development for the entire school, Heather Flewelling.  Mr. Lightbody suggested that he present his first two months' observations around diversity, inclusion and multiculturalism to the faculty and staff.  However, Mr. Carter and Ms. Flewelling told Mr. Lightbody that his presentation should go beyond simply sharing his observations as the faculty and staff at Milton Academy were ready to roll up their sleeves and dive in to diversity issues at a high level and were looking to him for leadership.  Mr. Lightbody worked directly with Mr. Carter and Ms. Flewelling to develop a program to present to the faculty and staff to identify the issues that needed to be addressed and to be able to see the issues through his lens.  Ms. Flewelling shared with Mr. Lightbody an article from the 2014 summer

4

National Institute for Independent Schools (NAIS) magazine about the gap that existed

between boys of color and their white counterparts at independent schools, confirming

what Mr. Lightbody had observed at Milton Academy.

12.     Mr. Carter set the evening of October 23, 2014 for Mr. Lightbody's presentation to the

faculty and staff.  Mr. Carter and Ms. Flewelling helped Mr. Lightbody develop materials

for the program.  Mr. Lightbody proposed that the faculty and staff engage in activities

that would bring to light areas of diversity and inclusion that were working well, and also

to uncover areas of opportunity, particularly around the most vulnerable population, the

black boys.  Ms. Flewelling suggested that he use cutouts of people for each activity to

give a visual representation of the different groups that they would discuss during the

program. She even drew the cutouts for Mr. Lightbody to use at the program and helped

him cut them out.

13.     Mr. Lightbody had a number of people review his program ahead of time.  First he went

through his presentation with Mr. Carter and Ms. Flewelling.  They asked him to present

it at the K-8 Administrative meeting, which he did, and received their approval.  Mr.

Marshall also asked Mr. Lightbody to present portions of his presentation to some Middle

School faculty to get their buy in ahead of time.  Mr. Lightbody did so.  No one

expressed any disapproval.

14.     On the evening of October 23, 2014, Mr. Lightbody conducted the K-8 diversity focused

faculty meeting.  He asked the staff how the students of color were doing, cognitively,

interpersonally, and intra-personally, and how do you know?  He explained that the

students of color included students who were Asian, Indian, Hispanic, and black, and he

asked them to focus on all of the races, as well as the gender identity that they had in the

student body, and to focus on them as groups, not just as individuals.  Mr. Lightbody asked how do we know that we are serving our most vulnerable population? He said, for example, how are the black boys doing?   Some faculty members were upset at his approach saying that they wanted a color-blind approach.  Mr. Lightbody said that we cannot know how they are doing unless we look at them as a group.  Mr. Lightbody felt that an identity-based approach was important to understand and address the experience of people of color.  While it is important to recognize the uniqueness of people, he felt it was also important to recognize the importance of groups.  Some faculty were so angry at his approach that they walked out of the faculty meeting.

15.     In the days that followed, Mr. Lightbody was berated for his approach and treated as a pariah.  Some faculty and staff were openly hostile to him, refusing to speak with him, refusing to do work that he had asked, cancelling meetings.  Some people said he had damaged the community.  Some faculty told his supervisors, Mr. Carter (who is white), and Ms. Flewelling (who is of mixed race, black and white), that Mr. Lightbody did not know what he was doing and it was not ok for him to ask these questions or ask them to engage in this activity.  Mr. Carter and Ms. Flewelling asked Mr. Lightbody to write a letter and apologize.  Mr. Lightbody agreed to write a letter, but not to apologize as he viewed it as his job to ask questions, including to ask the difficult questions surrounding issues of race and racism and to point out unconscious bias.  In Mr. Lightbody's view, we are only as strong as our most vulnerable and if we do not name our areas of weakness, we cannot address them.

16.     Mr. Lightbody also did not think it was appropriate for him to apologize when the presentation had been developed with Mr. Carter and Ms. Flewelling's input, had been

well vetted ahead of time, and it was Ms. Flewelling who had suggested the use of cutouts.  Mr. Lightbody felt extremely discouraged and unsupported.

17.    Mr. Lightbody was not the only person who has had difficulty doing this job.  His predecessor had warned him that the people at Milton were "crazy."  The Upper School Multicultural Student Program Director, who is of mixed race, white and black, Jamilla Capitman, who started about a month after Mr. Lightbody, quit after two months.  She was urged to come back, which she eventually did.  But then she resigned again because of hostility that she encountered.

18.    On October 28, 2014, Mr. Lightbody walked into the K-8 Administrative meeting and learned that a piece of hate mail had been found in the mail box of Racheal Adriko, the Director of the Lower School, who is a black woman from Uganda.  Within moments it was announced that there was an identical piece of hate mail in Mr. Lightbody's mail box.  The original document was put in Mr. Lightbody mail box and a photocopy was put in Ms. Adriko's mail box.  The note contained the words "HANG EM" "NO NIGGAHS," "DIE BITCH," "DIE BODY," and a swastika, as well as a drawing of two people hanging from a tree with the initials RL and RA.  **Exhibit A hereto.**

19.    Mr. Lightbody was angry, but also scared to find himself the target of racially charged hate mail in the school community, which was his workplace.  The hate mail clearly said to him that he was not safe.  He also felt it was not safe to show his emotions because as a black man in America he has learned that it is not safe to express anger.

20.    Milton Academy did not reassure Mr. Lightbody or help him to feel safe.  Instead, the Academy's response was to try to downplay it and sweep it under the rug.  The Head of School, Todd Bland, told Mr. Lightbody that he would need to contact the Milton Police,

but that this would be informal, off the books, and that they would not log or retain a copy of the note.  Mr. Lightbody wondered why it had already been decided in advance of contacting the police that that this would be informal, off the books, and that the police would not log or retain a copy of the note.

21.     Mr. Lightbody insisted on accompanying the Head of School and the Director of the Lower School to the meeting with the Milton Police a week later on November 4.  When the three of them arrived, the head of Milton's Campus Safety department (Jay Hackett, who is white) was already talking with a white lieutenant and a black sergeant.  As Mr. Lightbody listened to the discussion, it became clear that no one was going to take this seriously.  It would be swept under the rug, and no record would be made of it so that it would not be made public.  Without conducting any investigation, the police said this was not a hate crime.  They said the school could handle it internally, and they would not post a detective on campus as it would not be good for morale.  The police suggested that if there was no reaction, the person would do nothing, but if they went public then the note writer would act again to get attention.  The police said that only three people would have access to the note.  They would put a generic writing in the log so that, when checked by reporters, there would be nothing to report. The police report names Mr. Lightbody and Ms. Adriko as the victims, but the report states only that Milton's head of security "reported suspicious activity at the institution."

22.     Milton Academy did not handle the incident internally and did virtually nothing.  There was no investigation, no communication around safety issues, no word from Human Resources.  Mr. Lightbody told the school that he thought it was important to go public

8

with the note as he felt it was important to be clear with the Milton Academy community about what happened and that it was not acceptable at Milton.

23. This left Mr. Lightbody now dealing with both the hate mail as well as fallout from the October 23rd faculty meeting.  Mr. Lightbody continued to be treated in a hostile and unwelcoming manner by some staff and faculty.

24. Finally, at a faculty meeting on November 20, the faculty was told about the hate mail. Mr. Lightbody spoke about the impact on him.  The reaction was mixed.  Some faculty and staff were supportive.  Some faculty and staff criticized Mr. Lightbody for damaging the school by revealing the incident publicly.

25. The school also finally decided to speak to parents about what had happened.  Mr. Lightbody was asked to speak to parents to reassure them that he was okay, and that the community would be okay.  First, a meeting was held with approximately 50 parents. Then other administrators held a public forum, a second meeting, with about 100 parents that Mr. Lightbody was asked not to attend.

26. Around this time the Head of School, Todd Bland, and Ms. Flewelling met with Mr. Lightbody.  Mr. Bland said to Mr. Lightbody that Mr. Lightbody had just arrived at the school, and while Mr. Bland knew that he was a doer, Mr. Bland asked him to meld into the community more and not be as much of a diversity leader.  This undermined Mr. Lightbody's role and Mr. Lightbody as a person and devalued his skills and talents. Other administrators told Mr. Lightbody that they wanted to keep him and Ms. Adriko out of the spotlight, suggesting that they do community work, but not take leadership roles on diversity projects or initiatives.  Unfortunately, despite Mr. Lightbody's repeated requests, it was not communicated to faculty that Mr. Lightbody and Ms. Adriko's roles

9

were being changed, and therefore many faculty thought Mr. Lightbody was not doing his job.

27.    From that time forward, Mr. Lightbody was given little support for the job he was hired to do.  Yet he was criticized by faculty, Ms. Flewelling, and Will Crissman, the Director of the Middle School, for not doing his work.

28.    On December 10, 2014, an article appeared in the Boston Globe saying that "racial hate letters targeted two black staff members at Milton Academy shortly after a meeting held to discuss diversity."  The article also quoted Mr. Bland as saying that "the author of the messages remains unknown to authorities despite 'a thorough investigation' by campus safety officers, who had been 'in conversation with local law enforcement.'"

29.    As far as Mr. Lightbody knows, Milton Academy never conducted a "thorough" investigation into the hate mail, and never conducted safety training or took any steps to make sure of his safety.

30.    In December 2014, a number of people – including the Middle School Director Mr. Crissman and Mr. Lightbody's direct supervisor Ms. Flewelling – questioned whether Mr. Lightbody had written the hate mail to himself, and whether he had leaked it to the Boston Globe.  Ms. Flewelling directly asked Mr. Lightbody who he had talked to at the Boston Globe.  Mr. Lightbody responded that he was not the source of the hate mail or the leak to the Globe.  Despite the fact that he denied having sent the hate mail, the rumors that he was the source continued.  Mr. Lightbody asked Mr. Carter to intervene to stop the rumors, but the rumors continued, which affected Mr. Lightbody's reputation and his day-to-day working relationships.

10

31.     Some people said that because Mr. Lightbody had not expressed enough anger or outrage over the hate mail, he must have been the one who sent it.  This attitude and expression by members of the school community reflects a lack of understanding of how dangerous it is for a black man in America to express anger.  It became extremely hard for Mr. Lightbody to operate in an environment where his direct supervisor and a senior administrator believed he had committed a crime and that he deliberately placed the school in a bad light.

32.     On March 15, 2015, Mr. Lightbody's contract was renewed for the following school year.

33.     In December 2015, when Mr. Lightbody was away from the campus attending a conference, Ms. Adriko received a second hate mail letter.  Ms. Adriko and Mr. Lightbody were both again targeted in this second letter.  There is a drawing of a tree and two people hanging from nooses with both of their initials (RA and RL). The letter stated: "DANGER NEGROS @ MILTON" and "RA RL DIE" and "HANG EM! KILL EM NO AFROS HERE."  The letter also contained swastikas.  **Exhibit B hereto.**  This time because the letter arrived when Mr. Lightbody was away at a conference, it was finally clear that he was not the source of the letters.

34.     Once again, a police report was filed with a generic description referring to the hate mail as "Suspicious letter."

35.     No one at the school came to Mr. Lightbody to ask him how he was doing, or how this made him feel, or to discuss a plan about his safety.  He felt scared, paranoid, unsupported, and isolated. He also felt there was no one to turn to who could understand his experience.

11

36.    Mr. Lightbody learned at a faculty meeting that the school hired an external company to
       take care of looking into the second letter. The Milton police came on campus, and they
       conducted an interview with Mr. Lightbody.  Faculty were asked to do interviews at the
       Milton Police Station.  In the spring of 2015, in an all school meeting Mr. Lightbody
       learned with the rest of the faculty that the investigation had concluded, and that no
       culprit had been found.  Mr. Lightbody was upset and embarrassed that the school did not
       have the respect for him to have a conversation with him in private about the results of
       the investigation, and that he had to hear about this with everyone else.

37.    Mr. Lightbody, now in his second year at Milton Academy, felt that he was being
       targeted even more so by Will Crissman, who had now become the Principal of the
       Middle School.  Mr. Crissman criticized Mr. Lightbody and undermined his ability to do
       his job including by not providing him with the support he needed and not having any
       consequences to those who did not cooperate with him.

38.    In his second year a number of faculty members told Mr. Lightbody to watch his back.
       They told him that the Administration wanted to get rid of him and that he should be on
       the lookout for something happening that could be pinned on him - some form of
       misconduct.  In addition to being worried about his own safety, now Mr. Lightbody
       began to worry that there would be some type of sabotage, such as porn being found on
       his computer or someone putting drugs in his belongings or in his car.  He was constantly
       paranoid.  He initially took to locking his office door.  Later he left his door open and
       unlocked so that if he was accused of something improper being in his office, he would
       not be the only one with access to the office.  He asked campus safety to drive by his car

and be on the lookout for anything suspicious.  From that time forward until his last day at Milton Mr. Lightbody lived in fear for his physical safety.

39.     Institutional racism takes many forms.  It is not always blatant and open. Sometimes it is soft and subtle.  Throughout Mr. Lightbody's time at Milton he worked in an environment that was hostile towards him because of his race.  To Mr. Lightbody it felt like a wall went up that was created by his race.  The unwelcome treatment that he received in the Middle School started from the beginning of his time and continued throughout.  For example, many times, he would directly say good morning, hello, or ask a question to a faculty member where he was ignored or not responded to even if eye contact was made.  He would often repeat his communication, only to again be ignored. This was a wall that was put up to make him feel invisible.  This was the blank stare that he received when he would talk to certain people.  This was what happened when he was in a meeting when he contributed something relevant to the conversation, it was not added to or acknowledged.  Mr. Lightbody was treated as if he was not present.  The body language was eloquent.  It was as simple as not being asked questions or not being utilized in the area of his work domain.  Mr. Lightbody felt invisible and excluded in the Milton community.

40.     Students noticed how Mr. Lightbody was ignored.  Some students told him that they noticed a particular faculty member who never responded to him when he said good morning or hello, and asked him why he continued to say hello to her.  Mr. Lightbody worried for the students of color that if he, an adult staff member, could be ignored this way, how were the young students of color treated?

41.   Here are some examples of how Mr. Lightbody was marginalized, treated differently, or

not provided support.  He was not provided with any dedicated space for his office in the

Middle School but had to hop from vacant classroom to vacant classroom.  He was told

he could no longer be a student advisor because he was taking students off campus for

activities, even though there were some staff or faculty student advisors that were

allowed to take students off campus.  He was told that he could not bring food to the

Student of Color Affinity Group, even though he explained that food is an important part

of culture.  By contrast, food was allowed at the Play and Speech team meetings.  In the

beginning of the 2016-17 school year, there was a mandatory affinity group meeting with

faculty that most faculty attended.  But for the subsequent meetings, many faculty did not

show up.  Mr. Lightbody reported this to Mr. Crissman who did not circle back or

address it with faculty.  Yet this was part of Mr. Lightbody job, which he was prevented

from doing.  In late August 2016, Mr. Lightbody asked Mr. Crissman about the upcoming

Middle School Focus Day.  Mr. Crissman claimed not to know what the topic would be,

which Mr. Lightbody found hard to believe.  It was not until September that Mr.

Lightbody learned that Focus Day would be on the topic of privilege – something that fell

squarely within Mr. Lightbody's domain.  Yet Mr. Lightbody had been entirely left out of

the planning (even though the person who was invited to facilitate had been a person Mr.

Lightbody had previously introduced to the school) and only was given, at his insistence,

a minor role, a few days before the event.  Mr. Lightbody felt that as a black man, he had

to be twice as good as his white colleagues.  As an example, he observed in meetings that

white colleagues could make mistakes or provide incorrect information and it would be

14

overlooked or laughed off, whereas if he made a mistake, he was criticized, and not given the same benefit of the doubt.

42.     In November 2016, a number of faculty members spoke to Mr. Lightbody separately about racial bias (both conscious and unconscious) in the community, including racial slurs towards students, that black boys felt targeted and did not have a voice, and tensions that were created by the divisive presidential election.  When Mr. Lightbody asked several of the faculty members why they did not report the bias they had observed directly to the administration, they said they feared retaliation.  They further told Mr. Lightbody that because they knew that he was already "shut out" of the Middle School, they felt he was in a safer position to report their observations of discriminatory behavior because they did not think that there was more that the Middle School could do to harm him. Three faculty directly said that they felt like their identities were being attacked by Will Crissman in the same manner that Mr. Lightbody was attacked by him.  Two women of color told Mr. Lightbody that Mr. Crissman said to them that they were perceived to be aloof and that they needed to smile more to make other faculty feel more comfortable, a comment they took to be both racist and sexist.

43.     In November and December 2016, Mr. Lightbody asked for support on this matter on several occasions. He did not receive any help to address the issue.  This allowed the racial tensions to continue to grow and also resulted in faculty members saying that they did not think Mr. Lightbody took any steps to help address what they had reported to him. Faculty members perceived this as Mr. Lightbody not doing his job in his role as the Diversity Director for the Middle School. In every meeting with Ms. Flewelling Mr. Lightbody directly asked her for help and support on the middle school situation for

himself, the students and the faculty.  She said she would offer help at a later time or
follow up directly.  Mr. Lightbody was clear with her about the impact is was having on
his role and on him personally.

44.     On February 22, 2017, Mr. Lightbody sent a letter of complaint to his supervisor Heather
        Flewelling, and copied Deborah O'Toole, the Director of Human Resources, and Nick
        Macke, the Assistant Director of Human Resources.  Mr. Lightbody complained about
        how he had been treated, the racially hostile environment that he was experiencing, the
        lack of support he had received to do his job, and the Administration's refusal to respond
        when issues of racism were raised.

45.     On March 9, Mr. Lightbody was interviewed about his complaint by Mr. Macke and Indu
        Singh, Dean of Teaching and Learning in the Upper School.

46.     On March 11, Mr. Lightbody received a letter dated February 27, 2017 renewing his
        contract for the next school year.

47.     On March 20, the HR Director, Ms. O'Toole, had a brief meeting with Mr. Lightbody to
        ask him about his physical safety on campus.  This was the first time that she had
        checked in with Mr. Lightbody on this issue since the school had put campus safety
        protection for him on campus the prior year when he did not feel physically safe.

48.     On March 21, Mr. Lightbody was asked to join Ms. Flewelling, Mr. Crissman, and Ms.
        Adriko (the Lower School Principal) in a meeting.  The meeting turned out to be a review
        of Mr. Lightbody's job performance.  He had had no warning this would occur. Milton
        rarely does job reviews, and Mr. Lightbody had never had a job review in March.  It was
        odd that he would have a performance review just weeks after his contract had been
        renewed.  The meeting felt hostile to Mr. Lightbody as he was attacked by Mr. Crissman

16

and Ms. Flewelling.  Mr. Lightbody was supported by Ms. Adriko with whom he had

always had good working relationship.  Mr. Lightbody felt that this impromptu review

was retaliation against him for filing his discrimination complaint.

49.   On March 24, Mr. Lightbody had a second meeting with Mr. Macke and Ms. Singh

investigating his complaint.

50.   On March 30, Mr. Lightbody met with Mr. Crissman and Ms. Flewelling to discuss

having a conversation with the Middle School faculty about how many black boys in the

7th and 8th grades were reporting that they were being targeted by faculty because of their

race and that no one was listening.

51.   That same morning, Mr. Lightbody also met with the Head of School, Todd Bland.  Mr.

Lightbody told Mr. Bland candidly about his own personal experience with racism at

Milton and his concern for the treatment of students of color in the Middle School.

52.   At the Middle School faculty meeting on March 30, there was a discussion about what

certain faculty members had observed about black boys' experience in the Middle

School.  At one point in the meeting, five faculty members spoke about their own

mistreatments.  The other faculty members who spoke were all minorities – LGBT,

Jewish, Black, and Indian.  Mr. Lightbody joined the conversation and outlined his

negative experience in the Middle School, and also described how they could best move

forward to repair the damage that had been done to faculty and students.

53.   In the days following this very intense faculty meeting, some people blamed Mr.

Lightbody for inciting the other faculty to speak up.  But also, three different staff

members came to Mr. Lightbody separately to apologize for their behavior towards him

over the years, saying they had misjudged him, and how they realized their treatment of

17

him negatively impacted his work in the Middle School.  One of these people thanked Mr. Lightbody for how supportive he had been to her son (a Lower School student) who is biracial.  She said she hoped that they could restart their working relationship.

54.     On April 3 Mr. Lightbody met with the Middle School administrative team to discuss next steps to address the concerns of the six faculty who had spoken up in the faculty meeting.  Mr. Lightbody and the Middle School administrative team discussed how to move forward.

55.     On April 4, Mr. Bland told Mr. Lightbody that he had eliminated Mr. Lightbody's position for the next school year, and that Mr. Lightbody's employment would end on June 30, 2017.  Mr. Lightbody told Mr. Bland that he was surprised and disappointed that Mr. Bland had never addressed any of the points he talked about in his meeting with him on March 30 in which Mr. Lightbody had really poured his heart out about his personal experience with racism at Milton and his concerns for students of color.

56.     With his job being eliminated, it was clear to Mr. Lightbody that Milton Academy's response to all of the issues that he had raised was to get rid of him, rather than fix the problem of racism at the academy.

57.     While the Administration dragged their feet on the investigation of Mr. Lightbody's complaint, people were coming up to Mr. Lightbody asking why he was being investigated.  One of his colleagues shared a text message she received from Mr. Macke saying he was "reaching out regarding a workplace investigation of one of our colleagues, Robert Lightbody."  This was very harmful to Mr. Lightbody's reputation as it suggested that Milton was investigating him, not his complaint.

18

58.     The issues Mr. Lightbody had been raising unsuccessfully over the years boiled over into the public when, on May 23, 2017, hundreds of students staged a sit-in at administration offices to protest racism and the failure by the Administration to take action.  An article appeared in the Boston Globe the next day, referring to racial slurs aimed at black students, the hate letters received by Mr. Lightbody and his colleague, and pictures on social media that mocked black and Asian students.  The article also reported that that week, more than 100 alumni wrote a letter to the school criticizing "the complacency of Milton Academy's administration in dealing with these racially abhorrent events."

59.     In response, the Administration brought in a social justice consultant to address the issues raised by the students and alumni.  Mr. Bland gave a statement that appeared in the Globe saying that this was an "opportunity" "when you reach a point like this" to do something right and promising an "implementation strategy."  Those were empty words coming from the person who had just eliminated the job of the K-8 Director of Multiculturalism and Community Development who had been trying, unsuccessfully, to get these issues addressed for years.

60.     Just days before Mr. Lightbody's employment ended he received Milton Academy's formal written response to his complaint.  The Academy apologized for not providing him with sufficient mentoring.  It acknowledged problems in the leadership of the Middle School which undermined Mr. Lightbody's ability to do his job.  It admitted that there was "implicit bias" in the Middle School that required training for administrators and faculty around diversity and inclusion.  Beyond that, there was no recognition of the human toll on Mr. Lightbody of enduring open racial hostility or the daily behavior that caused him to feel invisible and unsafe.  An example of how the school had no

understanding of Mr. Lightbody's experience is how they treated the hate mail incidents. In his complaint, he had complained about being "under constant threat" and "feel[ing] paranoid all the time at work." In the report, the school dismissed the hate mail as an isolated incident (even though it happened on two occasions, not one), with no recognition of how egregious those acts were, the fear they were intended to cause and did cause, or how it would feel to have to work in an environment where that happened not just once, but twice.  Here is the sum total discussion of that conduct:

> Feeling under "constant threat": We acknowledge the hate-mail incident of several years ago and that such an incident would create a perceived threat; we also acknowledge the disagreement between [Mr. Lightbody] and Milton as to how Milton responded to this incident.  Beyond the hate-mail incident, the investigation did not identify any other incidents which might reasonably be perceived as a threat to [Mr. Lightbody].

61.    Mr. Lightbody's Milton Academy experience has taken an enormous toll on him and his family.  He was living in fear for his physical safety.  The stress he was under affected his sleeping and eating habits.  He feels his character has been assassinated.  His reputation is in tatters.  How he was treated made him question his self-confidence and his self-worth. He has had difficulty finding a new position because the well has been poisoned against him.  He has received negative feedback as he has looked for jobs within the independent school community.

## COUNT I

### Race Discrimination and Racial Harassment Under 42 U.S.C. § 1981, Title VII of the Civil Rights Act of 1964 and Mass. Gen. L. C. 151B

62.    Mr. Lightbody repeats and realleges paragraphs 1 through 61 as though fully set forth herein.

63.   Mr. Lightbody experienced race discrimination and a racially hostile work environment based on being treated differently from his non-black colleagues and based on conduct that was unwelcome, offensive, and interfered with Mr. Lightbody's ability to do his job. Some examples of the racially harassing conduct include the hostility towards Mr. Lightbody after the October 23, 2014 meeting and the failure of administrators to support him; the sending of the two hate mails in October 2014 and December 2015; blaming Mr. Lightbody for the first hate mail because, among other things, he did not express sufficient anger or outrage at the hate mail; Milton Academy's downplaying the significance of the hate mail, and its failure to conduct a thorough investigation of the hate mail or understand the effect on Mr. Lightbody; being ignored, isolated, and made to feel invisible because of his race; being told to watch his back and being threatened that he would lose his job; and being treated differently from his white colleagues.

64.   This conduct was severe (the two hate mail incidents) and pervasive (the other conduct continued throughout his employment).

65.   This conduct interfered with Mr. Lightbody's ability to do his job.  It affected his confidence and self-esteem.  He was scared and paranoid.  He was not respected and not supported. His ability to achieve his goals was undermined.  His reputation was harmed and some people believed that he was not doing his job when in fact he was not given the tools to do his job properly.

66.   Examples of how he was treated differently from colleagues who were not black include being the object of hate mail on two occasions; being told to apologize after the diversity program that he presented on October 23, 2014 that was approved ahead of time; not being given the support and tools to do his job; being made to feel invisible because of

his race; being criticized for making mistakes that white colleagues were not criticized

for; being removed as a student advisor for taking students off campus when white

student advisors were able to take students off campus; being told not to bring food to the

Student of Color Affinity Group when other student groups could serve food; being left

out of the planning for the 2016 Focus Day that white colleagues participated in.

67. By these actions, Defendant has engaged in unlawful racial discrimination and racial

harassment and interfered with Plaintiff's rights in violation of 42 U.S.C. § 1981, Title

VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., and M.G.L. c. 151B §§

4(4) & 4(4A).

68. As a direct and proximate result of the above described conduct, Mr. Lightbody has

sustained substantial injury, including but not limited to, loss of compensation, emotional

distress, attorneys' fees and costs.

**WHEREFORE**, Mr. Lightbody prays this Court enter a judgment on Count I above

against the Defendant Milton Academy and award him compensatory damages (including lost

wages and benefits, and damages for emotional distress), reasonable attorneys' fees, costs and

interest, punitive damages, and such other relief as the Court deems just and proper.


## COUNT II

### Retaliation Under Title VII of the Civil Rights Act of 1964 and Mass. Gen. L. C. 151B

69. Mr. Lightbody repeats and realleges paragraphs 1 through 68 as though fully set forth

herein.

70.     At the time of his termination, Mr. Lightbody was performing his job at an acceptable level.  His positive performance is demonstrated by the fact that his employment was renewed for another year in a letter dated February 27, 2017.

71.     Mr. Lightbody complained about racial discrimination and racial harassment to Human Resources, to two people investigating his complaint, and to the Head of School Todd Bland on February 22, 2017, March 9, 2017, March 20, 2017, and on March 30, 2017.

72.     On March 21, Mr. Lightbody was given an impromptu, off cycle job review that was hostile and criticized his performance.

73.     Mr. Lightbody was told on April 4, 2017 that his job was being eliminated effective June 30, 2017.

74.     By terminating Mr. Lightbody shortly after he notified Milton Academy of his complaints of race discrimination and racial harassment, Milton Academy unlawfully retaliated against Mr. Lightbody.

75.     By these actions, Defendant has engaged in unlawful retaliation and interfered with Plaintiff's rights in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., and M.G.L. c. 151B § 4(4A).

76.     As a direct and proximate result of the above described conduct, Mr. Lightbody has sustained substantial injury, including but not limited to, loss of compensation, emotional distress, attorneys' fees and costs.

**WHEREFORE**, Mr. Lightbody prays this Court enter a judgment on Count II above against the Defendant Milton Academy and award him compensatory damages (including lost wages and benefits, and damages for emotional distress), reasonable attorneys' fees, costs and interest, punitive damages, and such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a jury trial on all counts so triable.

Respectfully Submitted,
By His Attorneys

*/s/ Justine H. Brousseau*
Justine H. Brousseau   BBO# 553776
Nina Joan Kimball     BBO# 547567
Kimball Brousseau LLP
One Washington Mall, 7th Floor
Boston, MA  02108
(617) 367-9449
jbrousseau@kbattorneys.com
nkimball@kbattorneys.com

DATED: October 22, 2018