## Attachment A

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

**Eastern Division**                                          **Case No. 1:18-cv-12195-LTS**

|  |  |
|---|---|
| **ROBERT LIGHTBODY,** | ) |
|     **Plaintiff,** | ) |
|  | ) |
| **vs.** | ) |
|  | ) |
| **MILTON ACADEMY,** | ) |
|     **Defendant.** | ) |

## Plaintiff Robert Lightbody and Defendant Milton Academy's Statement of Facts, Admissions and Stipulations

Plaintiff Robert Lightbody and Defendant Milton Academy hereby submit their Statement of Facts, Admissions and Stipulations.

1.  Plaintiff Robert Lightbody began working at Milton Academy on July 1, 2014, as the K-8 Director of Multiculturalism and Community Development. Mr. Lightbody is black.

2.  The decision to hire Mr. Lightbody was made by Marshall Carter, the K-8 Principal, Heather Flewelling, the Director of Multiculturalism and Community Development, with the approval of Todd Bland who is the Head of School of Milton Academy. Ms. Flewelling is of mixed race, white and black.  Mr. Carter and Mr. Bland are white.

3.  Milton Academy is an independent school serving grades K-12, and is located in Milton, Massachusetts.

4.  At the conclusion of Mr. Lightbody's first academic year, Milton separated the K-8 school into Middle School and Lower School, and Mr. Carter's position was eliminated.

5.      Will Crissman was the Middle School Assistant Principal in the 2014-2015 academic year.  Mr. Crissman was promoted to Middle School Principal starting in academic year 2015-2016, a position he held until he left Milton for a head of school position in June 2018. Mr. Crissman is white.

6.      Racheal Adriko was the Assistant Principal in the Lower School for the 2014-2015 academic year.  Ms. Adriko was promoted to Lower School Principal starting in academic year 2015-2016, a position she held until she left Milton for a head of school position in June 2019. Ms. Adriko is black.

7.       Heather Flewelling was the K-12 Director of Multiculturalism and Community Development until she left Milton in or about 2021.

8.      Jay Hackett is the Director of Campus Safety and Risk Management and has held this position for 23 years.

9.      Deborah O'Toole is the Chief Human Resources and Risk Officer at Milton Academy and held that position since July 2020.  Ms. O'Toole commenced employment in February 2013 as the Chief Human Resources Officer. Ms. O'Toole is white.

10.     Nick Macke was Associate Director of Human Resources from 2008 to August 2017 when he left Milton. Mr. Macke is white.

11.     Indu Singh was the Upper School Dean of Teaching and Learning from 2012 until she left Milton in 2021.  Ms. Singh is a woman of color and identifies as Indian American.

12.      Mr. Lightbody reported to both Mr. Carter and Ms. Flewelling in the 2014-2015 academic year.  For the 2015-2016 and 2016-2017 academic years Mr. Lightbody reported to Ms. Flewelling, Mr. Crissman and Ms. Adriko.

13.     On October 28, 2014, hate documents were discovered in Ms. Adriko's and Mr. Lightbody's school mailboxes.

14.     The hate documents had racially offensive language, swastikas, white power symbols, images of a rope and tree, and words threatening violence and death.

15.     The hate documents had the initials R.A. and R.L., the initials of Ms. Adriko and Mr. Lightbody.

16.     Ms. Adriko discovered the hate document in her mailbox and brought it into the K-8 administrators meeting that was about to start. Mr. Carter then checked other mailboxes, found another copy of the same hate document in Mr. Lightbody's mailbox, brought it into the meeting and showed it to Mr. Lightbody.

17.     The mailboxes were in the faculty room in Greenleaf Hall. Greenleaf Hall connects to Ware Hall (the Middle School building), and persons can pass between the two buildings without using swipe card access.

18.     The regular K-8 Administrators meeting was held in Mr. Carter's office in Greenleaf Hall and started at 8:30 a.m.

19.     Mr. Bland was contacted and immediately joined the K-8 administrators present at the Greenleaf Building, as did Mr. Hackett.

20.     During that meeting, Ms. Adriko expressed her personal desire to not publicize the incident.

21.     During that meeting, Mr. Lightbody expressed support for Ms. Adriko's preferred course of action.

22.     Mr. Hackett, accompanied by Ms. O'Toole, and Melanie O'Hare, Milton's inhouse counsel, reviewed the available footage from the door cameras and checked the electronic card swipes at the doors that were locked.

23.     Mr. Hackett recommended that Milton Academy report the incident to the Milton Police Department.

24.     Over the next few days, Ms. Adriko changed her view about not publicizing the incident and agreed to report the incident to the Milton Police Department.   Mr. Lightbody agreed with Ms. Adriko and the plan to report the incident to the Milton Police Department.

25.     Mr. Hackett set up a meeting for Monday, November 3, 2014, with Lieutenant West of the Milton Police Department for himself and Mr. Bland.  The meeting was changed to Tuesday, November 4, 2014 when Ms. Adriko and Mr. Lightbody requested participating.

26.     On November 4, 2014, Mr. Hackett, Mr. Bland, Ms. Adriko and Mr. Lightbody met with Lieutenant West and Detective Bullard at the Milton Police Department regarding the hate documents.

27.     The November 4, 2014 police report states "Between Monday 10/27/14 about 1545 hours and Tuesday 10/28/14 about 0820 hours, a racial threatening letter was left in the faculty mailbox of Robert and Rachel."

28.     A covert surveillance camera was installed in the faculty lounge on or around November 9, 2014, and Mr. Hackett took it down in March 2015 because there were no further incidents.

29.     Mr. Carter prepared the agenda for the meeting, and shared it for input with Mr. Crissman, Ms. Adriko, Mr. Lightbody, Mr. Bland, Ms. Flewelling and Ms. Burke.

30.     The meeting with K-8 faculty and staff was held on November 20, 2014.

31.     During the meeting Ms. Adriko and Mr. Lightbody both made personal statements about themselves and the whole community being targeted by the hate documents.

32.     The November 20, 2014 meeting was followed by a campus visit by Dr. Steven Jones in December 2014.

33.     Ms. Flewelling gave Mr. Lightbody a written professional evaluation on November 18, 2015 titled Fall 2015 Evaluation.

34.     Ms. Adriko discovered a second hate document of similar form and content, with the same R.L. and R.A initials on December 7, 2015, in a pile of mail on her desk.

35.     Mr. Lightbody was the first Milton person Ms. Adriko told that she had received a second hate document, because she ran into him as she was leaving to go home, and she showed the letter to him.

36.     Mr. Lightbody insisted that Ms. Adriko report the second hate document immediately, and Ms. Adriko contacted Mr. Bland.

37.     On December 8, 2015, Ms. Adriko met with Mr. Bland to discuss the second hate document.  Ms. Adriko gave the hate document to Mr. Bland.

38.     Mr. Bland reported the second hate document to the Milton Police on December 8, 2015.

39.     Mr. Bland met with Mr. Lightbody after the second hate document to discuss Ms. Adriko and anything she might need.

40.     Mr. Bland also informed Mr. Lightbody that the second hate document would be investigated by the Milton Police Department.

41.     Mr. Lightbody met with Ms. Flewelling after learning of the second hate document.  Ms. Flewelling was upset to hear about it and asked Mr. Lightbody if he received one as well, to which he said he had not. Ms. Flewelling and Mr. Lightbody discussed providing support for Ms. Adriko.

42.     Mr. Hackett provided the Milton Police with electronic card access and security camera information related to the second hate document.

43.     Lt. West and Det. Bullard met with Ms. Adriko on December 11, 2015 in her office at Milton. At the meeting, Det. Bullard obtained fingerprints (elimination prints) from Ms. Adriko.

44.     Mr. Lightbody was interviewed by Det. Bullard as part of the investigation of the second hate document on December 15, 2015, in his Milton office.

45.     Mr. Hackett and Ms. O'Toole provided information to the Milton Police Department and coordinated the exchange of information and cooperation between the Milton Police and SIGMA, a private third-party threat assessment company engaged by Milton Academy, and a handwriting expert engaged by Milton Academy, to supplement and assist the Milton Police Department's investigation.

46.     On or about February 26, 2016, Det. Bullard met with Mr. Hackett and Ms. O'Toole and informed them that the Milton Police were at a "dead end" in their investigation and had not developed probable cause for any suspects.

47.     On or around March 4, 2016, the Milton Police Department sent copies of its case file, including the hate documents, to the handwriting expert and to SIGMA, after meeting with Mr. Hackett and Ms. O'Toole.

48.     In the summer following Academic Year 2015-2016, Ms. Flewelling, Ms. Adriko, Mr. Crissman, and Ms. O'Toole discussed Mr. Lightbody's role as K-8 Director of Multiculturalism and Community Development and Mr. Lightbody's performance in the role.

49.     The discussion concluded with the decision to restructure Mr. Lightbody's job description, so that the particular duties for Lower School and Middle School were delineated.

50.     The restructured job description that was presented to Mr. Lightbody in an email on August 23, 2016.

51.     Ms.  Singh and Mr. Macke were assigned by Milton Academy to investigate Mr. Lightbody's complaint.

52.     Ms. Singh and Mr. Macke first met with Mr. Lightbody to investigate his complaint on March 9, 2017.

53.     On March 21, 2017, Mr. Lightbody met with Ms. Flewelling, Mr. Crissman, and Ms. Adriko, to continue the discussion of his revised job description that had occurred in August 2016.

54.      The March 21, 2017 meeting was contentious and was not completed in the time allotted, and follow-up meetings were planned for later in March.

55.     Mr. Lightbody's second investigation interview with Ms.  Singh and Mr. Macke was on March 24, 2017.

56.     On the afternoon of March 30, 2017, Mr. Lightbody met with Mr. Bland.

57.     Mr. Macke and Ms.  Singh submitted their final investigation report to Ms. O'Toole on June 1, 2017.

58.     Mr. Lightbody and Milton Academy stipulate to the authenticity and admission of the

certified copy of the Milton Police Department Incident Report #2014-11160 and Incident

Report #2015-12202.

Respectfully Submitted,
By his Attorneys,

*/s/ Justine H. Brousseau*
Justine H. Brousseau   BBO# 553776
Nina Joan Kimball      BBO# 547567
KIMBALL BROUSSEAU LLP
One Washington Mall, 7th Floor
Boston, MA  02108
(617) 367-9449
jbrousseau@kbattorneys.com
nkimball@kbattorneys.com

Respectfully submitted,
Defendant, **MILTON ACADEMY**,

By its Attorneys

***/s/ Joseph L. Edwards Jr.***
Walter B. Prince, Esq. BBO #406640
Joseph L. Edwards, Jr., Esq. BBO #564288
Christopher J. Campbell, Esq. BBO #630665
Nicole J. Cocozza, Esq. BBO #693523
Prince Lobel Tye LLP
One International Place, Suite 3700
Boston, MA 02110
(617) 456-8034
WPrince@princelobel.com
jledwards@princelobel.com
ccampbell@princelobel.com
Dated: June 17, 2022      ncocozza@princelobel.com

**Certificate of Service in Accordance With Local Rule 5.2(b)**

I, Justine H. Brousseau, hereby certify that the above document filed through the ECF system
will be sent electronically to the registered participants as identified on the Notice of Electronic
Filing (NEF) and paper copies will be sent to those indicated as non- registered participants, if
any.

*/s/  Justine H. Brousseau*
Justine H. Brousseau, Esq.