**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Robert Lightbody
_____
            Plaintiff

V.

Milton Academy
_____
            Defendant

CIVIL ACTION

NO. 1:18-cv-12195-LTS

**SETTLEMENT ORDER OF DISMISSAL**

The Court having been advised on 6/17/2022 that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty(30) days if settlement is not consummated.

By the Court,

6/17/2022
Date

/s/ Kellyann Belmont
Deputy Clerk